The People of the State of New York ex rel. Harry T. Gale, Appellant, v. Edgar B. Jewett

and Others, Constituting the Board of Police of the City of Buffalo, Respondents.— Order affirmed, without costs.